UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOFTWARE AG, INC. and SOFWARE AG,

Plaintiff,

-v-

CONSIST SOFTWARE SOLUTIONS, INC.,
f/k/a CONSIST INTERNATIONAL INC. and
NATALIO FRIDMAN,

Defendant.

Case No. 08 CV 00389

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

SOFTWARE AG, INC. and SOFTWARE AG  (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

```
Plaintiffs Software AG, Inc. and Software AG file this statement pursuant to Fed.R.
Civ.P.7.1.
     1.  Plaintiff Software AG is the parent company of Plaintiff Software AG, Inc.,
and owns more than 10% of the stock of Software AG, Inc.  Software AG is a publicly
traded company on the Frankfurt Stock Exchange.

     2.  There is no parent company or publicly held corporation that owns 10%
or more of Software AG.
```

Date: Jan 15, 2008

Signature of Attorney

Attorney Bar Code: ~~NM891~~ MB 2953

Form Rule7_1.pdf  SDNY Web 10/2007