DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Gregory P. Gulia
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOFTWARE AG, INC. and SOFTWARE AG, :
: 08 CV 00389 (CM) (FM)
Plaintiffs, :
-against- :
:
CONSIST SOFTWARE SOLUTIONS, INC., : **NOTICE OF APPEARANCE**
f/k/a CONSIST INTERNATIONAL, INC. :
and NATALIO FRIDMAN, :
:
Defendants. :
------------------------------------------------------------x

PLEASE TAKE NOTICE that Duane Morris LLP, by the undersigned attorneys, is appearing on behalf of defendants Consist Software Solutions, Inc. f/k/a Consist International, Inc. and Natalio Fridman in the above-captioned action.

Dated: New York, New York        DUANE MORRIS LLP
      January 17, 2008

                                       By: _Hyman Schaffer / BD_
                                             Hyman L. Schaffer
                                             Fran M. Jacobs
                                             Gregory P. Gulia
                                             Brian Damiano
                              1540 Broadway
                              New York, New York 10036
                              Telephone: (212) 692-1000
                              Facsimile: (212) 692-1020
                              *Attorneys for Defendants*

DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Gregory P. Gulia
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOFTWARE AG, INC. and SOFTWARE AG,

                    Plaintiffs,

    -against-

CONSIST SOFTWARE SOLUTIONS, INC.,
f/k/a CONSIST INTERNATIONAL, INC.
and NATALIO FRIDMAN,

                    Defendants.
------------------------------------------------------------x

08 CV 00389 (CM) (FM)

**CERTIFICATE OF SERVICE**

    This is to certify that I caused the foregoing Notice of Appearance to be served on the counsel for plaintiffs in this action by regular mail, at the address listed below, with a courtesy copy via electronic mail:

        James D. Jacobs, Esq.
        Frank M. Gasparo, Esq.
        Marcella Ballard, Esq.
        BAKER & McKENZIE LLP
        1114 Avenue of the Americas
        New York, New York 10036

This the 17th day of January, 2008.

                                                    /s/ Brian Damiano
                                                    BRIAN DAMIANO