AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

## APPEARANCE

Case Number: 08 CV 00389 (CM) (FM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Software AG, Inc. and Software AG

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/18/2008 | *[signature]* |
| Date | Signature |
| | Marcella Ballard — MB-2953 |
| | Print Name — Bar Number |
| | 1114 Avenue of the Americas |
| | Address |
| | New York, NY, 10036 |
| | City, State, Zip Code |
| | (212) 626-4100 — (212) 310-1600 |
| | Phone Number — Fax Number |