DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Gregory P. Gulia
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SOFTWARE AG, INC. and SOFTWARE AG,

                     Plaintiffs,

    -against-

CONSIST SOFTWARE SOLUTIONS, INC.,
f/k/a CONSIST INTERNATIONAL, INC.
and NATALIO FRIDMAN,

                     Defendants.
-----------------------------------------------------------------x

08 CV 00389 (CM) (FM)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Duane Morris LLP, by the undersigned attorneys, is appearing on behalf of defendants Consist Software Solutions, Inc. f/k/a Consist International, Inc. and Natalio Fridman in the above-captioned action.

Dated: New York, New York
       January 17, 2008

DUANE MORRIS LLP

By: _____/s/ Hyman Schaffer / BD_____
    Hyman L. Schaffer
    Fran M. Jacobs
    Gregory P. Gulia
    Brian Damiano
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
*Attorneys for Defendants*

DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Gregory P. Gulia
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SOFTWARE AG, INC. and SOFTWARE AG,

                            Plaintiffs,

   -against-

CONSIST SOFTWARE SOLUTIONS, INC.,
f/k/a CONSIST INTERNATIONAL, INC.
and NATALIO FRIDMAN,

                            Defendants.
-------------------------------------------------------------------x

08 CV 00389 (CM) (FM)

**CERTIFICATE OF SERVICE**

      This is to certify that I caused the foregoing Notice of Appearance to be served on the counsel for plaintiffs in this action by regular mail, at the address listed below, with a courtesy copy via electronic mail:

                      James D. Jacobs, Esq.
                      Frank M. Gasparo, Esq.
                      Marcella Ballard, Esq.
                      BAKER & McKENZIE LLP
                      1114 Avenue of the Americas
                      New York, New York 10036

This the 17th day of January, 2008.

                                                                     _____
                                                                         BRIAN DAMIANO