DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Gregory P. Gulia
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SOFTWARE AG, INC. and SOFTWARE AG,        :
                                          :     08 CV 00389 (CM) (FM)
                Plaintiffs,               :
                                          :
        -against-                         :
                                          :
CONSIST SOFTWARE SOLUTIONS, INC.,         :     **NOTICE OF APPEARANCE**
f/k/a CONSIST INTERNATIONAL, INC.         :
and NATALIO FRIDMAN,                      :
                                          :
                Defendants.               :
-------------------------------------------------------------------x

PLEASE TAKE NOTICE that Duane Morris LLP, by the undersigned attorneys, is appearing on behalf of defendants Consist Software Solutions, Inc. f/k/a Consist International, Inc. and Natalio Fridman in the above-captioned action.

Dated: New York, New York
       January 17, 2008

DUANE MORRIS LLP

By: _Hyman Schaffer / BD_
    Hyman L. Schaffer
    Fran M. Jacobs
    Gregory P. Gulia
    Brian Damiano
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
*Attorneys for Defendants*

DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Gregory P. Gulia
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SOFTWARE AG, INC. and SOFTWARE AG,          :
                                             :   08 CV 00389 (CM) (FM)
                Plaintiffs,                  :
                                             :
    -against-                                :
                                             :
CONSIST SOFTWARE SOLUTIONS, INC.,            :   **CERTIFICATE OF SERVICE**
f/k/a CONSIST INTERNATIONAL, INC.            :
and NATALIO FRIDMAN,                         :
                                             :
                Defendants.                  :
------------------------------------------------------------------x

     This is to certify that I caused the foregoing Notice of Appearance to be served on the counsel for plaintiffs in this action by regular mail, at the address listed below, with a courtesy copy via electronic mail:

                James D. Jacobs, Esq.
                Frank M. Gasparo, Esq.
                Marcella Ballard, Esq.
                BAKER & McKENZIE LLP
                1114 Avenue of the Americas
                New York, New York 10036

This the 17th day of January, 2008.

                                      */s/ Brian Damiano*
                                      BRIAN DAMIANO