DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Gregory P. Gulia
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SOFTWARE AG, INC. and SOFTWARE AG,       :
                                         :   08 CV 00389 (CM) (FM)
                          Plaintiffs,    :
      -against-                          :
                                         :
CONSIST SOFTWARE SOLUTIONS, INC.,        :   **NOTICE OF APPEARANCE**
f/k/a CONSIST INTERNATIONAL, INC.        :
and NATALIO FRIDMAN,                     :
                                         :
                          Defendants.    :
-----------------------------------------------------------------x

PLEASE TAKE NOTICE that Duane Morris LLP, by the undersigned attorneys, is appearing on behalf of defendants Consist Software Solutions, Inc. f/k/a Consist International, Inc. and Natalio Fridman in the above-captioned action.

Dated: New York, New York          DUANE MORRIS LLP
       January 17, 2008
                                   By: *Hyman Schaffer / BD*
                                       Hyman L. Schaffer
                                       Fran M. Jacobs
                                       Gregory P. Gulia
                                       Brian Damiano
                                   1540 Broadway
                                   New York, New York 10036
                                   Telephone: (212) 692-1000
                                   Facsimile: (212) 692-1020
                                   *Attorneys for Defendants*

DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Gregory P. Gulia
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SOFTWARE AG, INC. and SOFTWARE AG,    :

       Plaintiffs,  :  08 CV 00389 (CM) (FM)

 -against-  :

CONSIST SOFTWARE SOLUTIONS, INC., :  **CERTIFICATE OF SERVICE**
f/k/a CONSIST INTERNATIONAL, INC.
and NATALIO FRIDMAN,      :

       Defendants.  :
-------------------------------------------------------------------x

  This is to certify that I caused the foregoing Notice of Appearance to be served on the counsel for plaintiffs in this action by regular mail, at the address listed below, with a courtesy copy via electronic mail:

      James D. Jacobs, Esq.
      Frank M. Gasparo, Esq.
      Marcella Ballard, Esq.
      BAKER & McKENZIE LLP
      1114 Avenue of the Americas
      New York, New York 10036

This the 17th day of January, 2008.

                _/s/ Brian Damiano_
                BRIAN DAMIANO