AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

**APPEARANCE**

Case Number: 08 CV 00389 (CM) (FM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Software AG, Inc. and Software AG

I certify that I am admitted to practice in this court.

| 1/18/2008 | [signature] |
|---|---|
| Date | Signature |

| James David Jacobs | JJ-7351 |
|---|---|
| Print Name | Bar Number |

1114 Avenue of the Americas
Address

| New York | NY | 10036 |
|---|---|---|
| City | State | Zip Code |

| (212) 626-4100 | (212) 310-1600 |
|---|---|
| Phone Number | Fax Number |