AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 08 CV 00389 (CM) (FM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Software AG, Inc. and Software AG

I certify that I am admitted to practice in this court.

| 1/18/2008 | _[signature]_ | |
|---|---|---|
| Date | Signature | |
| | Frank M. Gasparo | FG-2958 |
| | Print Name | Bar Number |
| | 1114 Avenue of the Americas | |
| | Address | |
| | New York | NY | 10036 |
| | City | State | Zip Code |
| | (212) 626-4100 | (212) 310-1600 |
| | Phone Number | Fax Number |