

**BAKER & McKENZIE**

RECEIVED
JAN 1 2008
CHAMBERS OF
COLLEEN McMAHON

**Facsimile Transmission**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

**MEMO ENDORSED**

| | | | |
|---|---|---|---|
| **Date** | January 18, 2008 | **Phone** | **Fax** |
| **To** | Honorable Judge Colleen McMahon, Southern District Court, New York, New York | 212 805 6325 | 212 805 6326 |
| **From** | James David Jacobs | +1 212 891 3951 | +1 212 310 1651 |
| **Client/Matter No.** | 56142904-000002 | | |
| **Re** | *Software AG, Inc. v. Consist Computer Solutions* 08 CV 00389 | | |
| **Pages (w/cover)** | 3 | | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

Dear Judge McMahon:

Literally minutes after we faxed our letter to you we received the enclosed letter from counsel for Consist. We would like to speak to Your Honor this afternoon if possible. Defendants' unilateral attempts to determine what will and will not be heard next Thursday are prejudicing our ability to prepare for the hearing.

Respectfully,

James D. Jacobs

cc: Hyman L. Schaffer

*[Handwritten endorsement:]* 1/18/2008 — Either Consist complies with the discovery request or I will draw adverse inferences, impose monetary sanctions on counsel for unilaterally taking the position that they will not produce documents Defendant does not control the content of the hearing. Defendant will produce documents. Colleen McMahon

**Privacy And Confidentiality Notice**

The information contained in this facsimile is intended for the named recipients only. It may contain privileged and confidential information and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this facsimile in error, please notify us immediately by a collect telephone call to Office Services at +1 212 626 4100 and return the original to the sender by mail. We will reimburse you for the postage.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

HYMAN L. SCHAFFER
DIRECT DIAL: 212.692.1078
PERSONAL FAX: 212.208.4330
E-MAIL: hlschaffer@duanemorris.com

www.duanemorris.com

January 18, 2008

BY ELECTRONIC MAIL

James D. Jacobs, Esquire
Baker & McKenzie LLP
1114 Avenue of the Americas
New York NY 10036-7703

Re: Software AG, Inc. et ano. v. Consist Software Solutions (08 Civ. 0389) (CM) (FM)

Dear Jim:

By now, I am sure you have read the letter I sent to Judge McMahon earlier today and reviewed the attachments. In light of Consist's immediate and voluntary efforts to address SAG's claim that the statements on the Brazilian website were literally false, we believe that the only possible matter that could be determined at Thursday's hearing is whether SAG could somehow be entitled to an order requiring a Brazilian court or the Brazilian trademark office to order cancellation of the Brazilian trademark registrations owned by our clients' affiliate in Brazil. It is our view that the Court clearly lacks jurisdiction to grant the relief SAG seeks and that, in any event, there is no need for emergency relief. Accordingly, we request that you agree to withdraw your clients' request for a preliminary injunction.

Since SAG no longer requires the Court to compel Consist to change the disclosure on the Brazilian website, expedited discovery should be limited accordingly. If you do not agree to withdraw your clients' request for a preliminary injunction, we therefore intend to provide and take expedited discovery only on the narrow trademark issue that SAG raised in its motion. To the extent that we have not already done so, we will produce today responsive documents in our clients' possession pertaining to this issue, including any registration materials and certificates for the trademarks. We will also stipulate to amend the confidentiality order entered into in the prior litigation to permit SAG to use any pertinent documents previously produced which are relevant to the current trademark issue. For this reason, we will not re-produce such materials in this action.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086                    PHONE: 212.692.1000   FAX: 212.692.1020

# DuaneMorris

James D. Jacobs, Esquire
January 18, 2008
Page 2

With respect to depositions, the elimination of the false advertising claim makes it unnecessary to depose Mr. MacSwain or Mr. Daly. While we will proceed with the SAG 30(b)(6) deposition on January 22, we will confine the examination to the trademark issue.

Very truly yours,

Hyman Schaffer /SD
Hyman L. Schaffer

cc: Frank M. Gasparo, Esq.
Marcella Ballard, Esq.
John Basinger, Esq.