UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOFTWARE AG, INC. and SOFTWARE AG,

                        Plaintiffs,

               v.

CONSIST SOFTWARE SOLUTIONS, INC,
f/k/a CONSIST INTERNATIONAL, INC, and
Natalio Fridman,

                        Defendants.

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

Docket No.: 08 CV 00389

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James Jacobs, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    John Basinger
    Baker & McKenzie LLP
    1114 Avenue of the Americas
    New York, NY 10036
    212-626-4463
    212-310-1624

John Basinger is a member in good standing of the Bar of the States of Texas, California, and the District of Columbia.

There are no pending disciplinary proceedings against John Basinger in any State or Federal court.

January 23, 2008
New York, NY:

Respectfully submitted,

_James Jacobs_
JJ 7351
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
212-891-3951
212-310-1600

NYCDMS/1074092.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOFTWARE AG, INC. and SOFTWARE AG,

                       Plaintiffs,

      v.

CONSIST SOFTWARE SOLUTIONS, INC,
f/k/a CONSIST INTERNATIONAL, INC, and
Natalio Fridman,

                       Defendants.

**DECLARATION OF JAMES D. JACOBS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Docket No.: 08 CV 00389

---

      James David Jacobs, declares:

1. I am an attorney at Baker & McKenzie, counsel for CONSIST SOFTWARE SOLUTIONS INC. f/k/a CONSIST INTERNATIONAL, INC. and Natalio Fridman ("Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit John Basinger as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1970. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known John Basinger since May 2006.

4. John Basinger is an attorney at Baker & McKenzie, in New York, New York.

5. I have found John Basinger to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of John Basinger, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of John Basinger, *pro hac*

NYCDMS/1074114.1

*vice*, which is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746 I declare under the penalties of perjury the foregoing is true and correct.

Dated: January __, 2008
New York, New York

Respectfully submitted,

James David Jacobs
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 626-4100
Fax: (212) 310-1600

NYCDMS/1074114.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE AG, INC. and SOFTWARE AG,<br><br>Plaintiffs,<br><br>v.<br><br>CONSIST SOFTWARE SOLUTIONS, INC,<br>f/k/a CONSIST INTERNATIONAL, INC, and<br>Natalio Fridman,<br><br>Defendants. | **ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION**<br><br>Docket No.: 08 CV 00389 |

Upon the motion of James Jacobs, attorney for CONSIST SOFTWARE SOLUTIONS, INC, f/k/a CONSIST INTERNATIONAL, INC, and Natalio Fridman, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> John Basinger
> Baker & McKenzie
> 1114 Avenue of the Americas
> New York, N.Y. 10036
> 212.626.4100 (phone)
> 212.310.1600 (fax)
> john.a.basinger@bakernet.com

is admitted to practice pro hac vice as counsel for CONSIST SOFTWARE SOLUTIONS, INC, f/k/a CONSIST INTERNATIONAL, INC, and Natalio Fridman in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: January ____, 2008
New York, New York:

_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE AG, INC. and SOFTWARE AG,<br><br>Plaintiffs,<br><br>v.<br><br>CONSIST SOFTWARE SOLUTIONS, INC, f/k/a CONSIST INTERNATIONAL, INC, and Natalio Fridman,<br><br>Defendants. | AFFIDAVIT OF SERVICE<br><br>Docket No.: 08 CV 00389 |

IRAYA I. CORLEY, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in Brooklyn, New York. On January 24, 2008 I mailed the Declaration Of James D. Jacobs In Support Of Motion To Admit Counsel Pro Hac Vice, Order For Admission Pro Hac Vice On Written Motion and Motion To Admit John Basinger Pro Hac Vice, by mailing the same in a sealed envelope, with postage prepaid thereon, in a official depository of the U.S. Postal Service within the State of New York to the address as indicated below:

Hyman L. Schaffer
Duane Morris LLP
1540 Broadway
New York, NY 10036

_____
Iraya Corley

Sworn to before me this
24th day of January, 2008

_____
Notary Public
ALMA MONTES
Notary Public, State of New York
No. 31-4867657
Qualified in New York County
Commission Expires November 10, 2010

NYCDMS/1074257.1

# Exhibit A

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639     TELEPHONE: 888-800-3400

January 9, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN ALBERT BASINGER, #219899 was admitted to the practice of law in this state by the Supreme Court of California on June 3, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

January 10, 2008

Re:  John Albert Basinger, State Bar Number 00796173

To Whom It May Concern:

This is to certify that Mr. John Albert Basinger was licensed to practice law in Texas on November 1, 1996, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Basinger's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss





# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

John A. Basinger

was on the 3rd day of April, 2006 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 11, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk