UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SOFTWARE AG, INC. and SOFTWARE AG,

       Plaintiffs,

  -against-

CONSIST SOFTWARE SOLUTIONS, INC.,
f/k/a CONSIST INTERNATIONAL, INC.
and NATALIO FRIDMAN,

       Defendants.
------------------------------------------------------------x

08 CV 00389 (CM) (FM)

**STIPULATION**

```
                            USDS SDNY
                            DOCUMENT
                            ELECTRONICALLY FILED
                            DOC #: _____
                            DATE FILED: 2/1/08
```

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time for defendants Consist Software Solutions, Inc. and Natalio Fridman to answer or move with respect to the Complaint is extended to February 26, 2008. This Stipulation is without prejudice to any claims or defenses that any party has or may have.

Dated: New York, New York
   February 1, 2008

| BAKER & McKENZIE LLP | DUANE MORRIS LLP |
|---|---|
| By: /s James D. Jacobs | By: /s Hyman L. Schaffer |
|   James D. Jacobs |   Hyman L. Schaffer |
|   Frank M. Gasparo |   Fran M. Jacobs |
|   Marcella Ballard |   Gregory P. Gulia |
|  |   Brian Damiano |
| 1114 Avenue of the Americas | 1540 Broadway |
| New York, New York 10036 | New York, New York 10036 |
| Telephone: (212) 626-4100 | Telephone: (212) 692-1000 |
| Facsimile: (212) 310-1600 | Facsimile: (212) 202-1020 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED: /s/ Colleen McMahon
       Hon. Colleen McMahon, U.S.D.J.

       2-1-2008