02/05/2008 13:11 FAX 212 692 1020    DUANE MORRIS LLP    ☒002/003

RECEIVED
FEB 5 - 2008
CHAMBERS OF
COLLEEN McMAHON

**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

HYMAN L. SCHAFFER
DIRECT DIAL: 212.692.1078
PERSONAL FAX: 212.208.4330
E-MAIL: hlschaffer@duanemorris.com

www.duanemorris.com

February 5, 2008

**MEMO ENDORSED**

*ok — due of business 2/13 (2/12 is a court holiday)* — Colleen McMahon 2/5/08

**VIA FACSIMILE**

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:    Software AG, Inc. v. Consist Software Solutions, 08-CV-00389 (CM) (FM)

Dear Judge McMahon:

I write to request an extension of time to respond to the Court's inquiries of last Friday, which are currently due this Thursday, February 7.

We received the Court's order shortly before 3 p.m. on Friday seeking a response to, inter alia, issues of German law that plaintiffs first raised in their proposed findings of fact and conclusions of law. As a practical matter, the timing of the order precluded us from finding German counsel to assist until yesterday, as Germany is 6 hours ahead of New York. In this regard, the Court should be aware that Duane Morris does not have an office in Germany to which it can immediately refer questions of foreign law.

Although we understand that yesterday (as well as today and tomorrow) was a holiday in many parts of Germany, we were able to find German counsel to assist us on an urgent basis. Even so, the firms we contacted obviously had to do their own conflict checks and then had to be sent materials to review so as to familiarize themselves with the issues. The relevant papers thus were not received in Germany until late Monday afternoon German time, and we have been able to begin substantive discussions with counsel concerning the salient issues only today.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

DUANE MORRIS LLP

1540 BROADWAY    NEW YORK, NY 10036-4086                      PHONE: 212 692 1000    FAX: 212 692 1020

DuaneMorris

February 5, 2008
Page 2

  Under the circumstances, we request an extension until the close of business on Tuesday, February 12, to make our submission. I have spoken with Mr. Jacobs, counsel for plaintiffs, and he has told me that plaintiffs do not oppose this application.

               Respectfully,

               */s/ Hyman L. Schaffer*
               Hyman L. Schaffer

HLS
cc: James D. Jacobs, Esq
   Frank Gasparo, Esq.
   Marcella Ballard, Esq.

DM1-1286142-1