James David Jacobs
Frank M. Gasparo
Marcella Ballard
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036-7703
Tel: 212-626-4100
Fax: 212-310-1600

Attorneys for Software AG, Inc.
and Software AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE AG, INC. and SOFTWARE AG,<br><br>Plaintiffs,<br><br>-against-<br><br>CONSIST SOFTWARE SOLUTIONS, INC. f/k/a CONSIST INTERNATIONAL, INC. and NATALIO FRIDMAN,<br>Defendants. | Case No. 08-CV-00389 (CM) (FM)<br><br>**DECLARATION OF BERNARD WILLIAM MALONE** |

BERNARD WILLIAM MALONE hereby declares:

1. I am a partner of the Buenos Aires Office of Baker & McKenzie LLP, domiciled at Av. Leandro N. Alem 1110, 13rd floor, Buenos Aires, Argentina.

2. I submit this declaration on behalf of plaintiffs Software AG, Inc. ("SAGA") and Software AG ("SAG") (collectively "Software AG" or "Plaintiffs"). I have personal knowledge of the facts and law stated herein and am competent to testify thereto. I am fluent in English and Spanish and conversant in French and Portuguese.

3. I have translated the Argentine laws quoted in this declaration from Spanish to English.

4. I am an experienced intellectual property lawyer and have a law degree from the Belgrano University (1985).

5. I am knowledgeable concerning the trademark search conducted in Argentina for the trademarks ADABAS and NATURAL. The following registrations are on record with the trademark office in Argentina:

- **ADABAS** Application No 2.618.610, filed on September 19, 2005, granted under Registration No 2.140.041 on January 31, 2007 in class 9 in the name of Consist International, Inc.

- **ADABAS** Application No 2.546.340, filed on October 7, 2004, granted under Registration No 2.083.774 on May 5, 2006 in class 35 in the name of Consist International, Inc.

- **ADABAS** Application No 2.546.341, filed on October 7, 2004, granted under Registration No 2.089.178 on May 29, 2006 in class 42 in the name of Consist International, Inc.

- **NATURAL** Application No 2.593.982 filed on May 31, 2005 granted under Registration No 2.128.282 on November 20, 2006 in class 9 in the name of Consist International, Inc.

- **NATURAL** Application No 2.547.892, filed on October 15, 2004, granted under Registration No 2.084.909 on May 10, 2006 in class 35 in the name of Consist International, Inc.

- **NATURAL** Application No 2.677.256, filed on June 9, 2006, in class 42 in the name of Consist International, Inc. Our database shows that this trademark application is still pending.

Copies of the trademark search reports are attached as Exhibit A.

6. I am also aware of the following registrations in addition to the ones listed above that are on record with the trademark office in Argentina and registered in the name of Consist International, Inc.:

- **ENTIRE** Application No. 2.618.614, filed on September 19, 2005, granted under Registration No. 2.140.044 on January 31, 2007 in class 9.

- **ENTIRE** Application No. 2.547.888, filed on October 15, 2004, granted under Registration No. 2.084.906 on May 10, 2006 in class 35.

- **ENTIRE** Application No. 2.547.889, filed on October 15, 2004, granted under Registration No. 2.141.768 on February 12, 2007 in class 42.

- **TAMINO** Application No. 2.278.026, filed on March 31, 2000, granted under Registration No. 1.841.356 on August 24, 2001 in Class 9.

- **COM-PLETE** Application No. 2.618.615 filed on Sept. 19, 2005, granted under Registration No. 2.140.045 on January 31, 2007 in Class 9.

- **COM-PLETE** Application No. 2.547.886 filed on October 15, 2004, granted under Registration No. 2.084.905 on May 10, 2006 in Class 35.

- **COM-PLETE** Application No. 2.547.887 filed on October 15, 2004, granted under Registration No. 2.141.096 on February 7, 2007 in Class 42.

- **PREDICT** Application No. 2.618.613 filed on Sept. 19, 2005, granted under Registration No. 2.140.043 on January 31, 2007 in Class 9.

- **PREDICT** Application No. 2.547.890 filed on October 15, 2004, granted under Registration No. 2.084.907 on May 10, 2006 in Class 35.

- **PREDICT** Application No. 2.547.891 filed on October 15, 2004, granted under Registration No. 2.084.908 on May 10, 2006 in Class 42.

Copies of the trademark search reports are attached as Exhibit A.

7. I have been asked to opine regarding whether an order from this court directing a party to execute an assignment document of an Argentine trademark conflicts with any articulated policy of Argentina.

8. The answer is that there is no strong public policy in Argentina, or indeed any policy, requiring Argentine courts, the Argentine Trademark Office (the "INPI"), or any other governmental agency to participate in the assignment of a trademark between parties. Thus an order from a U.S. court directing the assignment of an Argentine

trademark between parties is valid and is not contrary to any articulated policy in Argentina.

9. To the contrary the assignment of an Argentine trademark is a private matter between the contracting parties that involves no Argentine governmental involvement except the recordation of the assignment by the INPI.

10. The INPI, like the United States Patent and Trademark Office, has the ministerial role of recording assignments. *See* Article 23 of the Regulatory Decree No. 558/81 of the Argentine Industrial Property Law No. 22.362 (http://www.inpi.gov.ar/templates/marcas_decretocompleto.asp) (Spanish), attached as Exhibit B.

11. Article 23 of the Regulatory Decree No. 558/81 of the Argentine Industrial Property Law provides that trademark applications and registrations are assignable by meeting certain legal requirements.

12. Pursuant to Article 23, in order to record the assignment of a trademark application and/ or registration, an application should be filed containing the following information:

> a) Names and domiciles of the assignor and assignee, the registration number and a copy of the document evidencing the assignment; the assignee should constitute a special domicile in the city of Buenos Aires. The assignment should be executed in the special form that the INPI has established.
>
> b) The certificate of the trademark registration or a new testimony of it.
>
> c) The certification of the fee payment.

13.    Provision No. 132/96 issued by INPI, establishes the legal requirements that the assignment must comply with in order to be recorded by the INPI.  *See* (http://www.inpi.gov.ar/pdf/Patentes_TransferenciaD132_96.pdf), attached as Exhibit C.

14.    Pursuant to Article 1 of Provision No. 132/96 the assignment should be formalized through a standard form with its complete information   *Id.*; *see also* (http://www.inpi.gov.ar/pdf/Marcas_Transferencia.pdf), (attached as Exhibit D).

15.    Pursuant to Article 3, Subparagraph C of Provision No. 132/96, the formalities of the document evidencing the assignment executed abroad shall be governed by the laws of the country where it is executed.  However, the signatures, representation and capacity of the signing persons should be certified and legalized, unless an international treaty or agreement releases the parties from such requirements.  *See* (http://www.inpi.gov.ar/pdf/Patentes_TransferenciaD132_96.pdf), attached as Exhibit C.

16.    If an assignment satisfies the above mentioned provisions (Articles 23 of the Regulatory Decree No. 558/81 and Provision No. 132/96) and an assignment application is filed before INPI, the Argentine law requires that the INPI record the assignment.

17.    Thus, a deed of assignment of Argentine trademarks executed by both parties, made pursuant to a United States court order, will be duly recorded by the INPI without further inquiry and does not run afoul of any Argentine laws, statutes, or policy.  A  copy of an example of an Argentine assignment deed is attached as Exhibit E.

18.    Furthermore, the Argentine law does not require the assignment of the goodwill of the trademark with the assignment deed in order for it to be effective.

19.    In sum, Argentina has no public policy interest in regulating trademark assignments.  Trademark assignments between parties in Argentina are a private matter.

The INPI has the ministerial role in recording the assignment (not participating in the proceeding), upon the parties' request. There is no interference from the INPI or any other authority in trademark assignments between parties in Argentina.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: February 13, 2008
Buenos Aires, Argentina

Bernard William Malone



# BAKER & McKENZIE

## ARGENTINA TRADEMARK REPORT , OWNER CONSIST

Trademark : **ADABAS**

Class : **9** / Full Class   Word     **Granted Nr. 2140041 date  31/01/2007**

Owner : **CONSIST INTERNATIONAL, INC.**

Serial Nr.  : 2618610  Agent:  108  Date of

Filing: 19/09/2005  Published: 16/11/2005  Bulletin N°: 2337

---

Trademark : **ADABAS**

Class : **35** / Full Class   Word     **Granted Nr. 2083774 date  05/05/2006**

Owner : **CONSIST INTERNATIONAL, INC.**

Serial Nr.  : 2546340  Agent:  108  Date of

Filing: 07/10/2004  Published: 01/12/2004  Bulletin N°: 2212

---

Trademark : **ADABAS**

Class : **42** / Full Class   Word     **Granted Nr. 2089178 date  29/05/2006**

Owner : **CONSIST INTERNATIONAL, INC.**

Serial Nr.  : 2546341  Agent:  108  Date of

Filing: 07/10/2004  Published: 01/12/2004  Bulletin N°: 2212

---

Trademark : **COM-PLETE**

Class : **9** / Full Class   Word     **Granted Nr. 2140045 date  31/01/2007**

Owner : **CONSIST INTERNATIONAL, INC.**

Serial Nr.  : 2618615  Agent:  108  Date of

Filing: 19/09/2005  Published: 16/11/2005  Bulletin N°: 2337

---

Trademark : **COM-PLETE**

Class : **35** / Full Class   Word     **Granted Nr. 2084905 date  10/05/2006**

Owner : **CONSIST INTERNATIONAL, INC.**

Serial Nr.  : 2547886  Agent:  108  Date of

Filing: 15/10/2004  Published: 09/12/2004  Bulletin N°: 2215

---

Trademark : **COM-PLETE**

Class : **42** / Limited   Word     **Granted Nr. 2141096 date  07/02/2007**

Owner : **CONSIST INTERNATIONAL, INC.**

Serial Nr.  : 2547887  Agent:  108  Date of

Filing: 15/10/2004  Published: 09/12/2004  Bulletin N°: 2215

---

Trademark : **CONSIST**

February 12, 2008 21:23

Class : **9** / Full Class Word **Granted Nr. 2140042 date 31/01/2007**
Owner : **CONSIST INTERNATIONAL, INC.**
Serial Nr. : 2618611 Agent: 108 Date of
Filing: 19/09/2005 Published: 16/11/2005 Bulletin N°: 2337

---

Trademark : **CONSIST**
Class : **42** / Full Class Word **Granted Nr. 2130600 date 27/11/2006**
Owner : **CONSIST INTERNATIONAL, INC.**
Serial Nr. : 2618612 Agent: 108 Date of
Filing: 19/09/2005 Published: 16/11/2005 Bulletin N°: 2337

---

Trademark : **ENTIRE**
Class : **9** / Full Class Word **Granted Nr. 2140044 date 31/01/2007**
Owner : **CONSIST INTERNATIONAL, INC.**
Serial Nr. : 2618614 Agent: 108 Date of
Filing: 19/09/2005 Published: 16/11/2005 Bulletin N°: 2337

---

Trademark : **ENTIRE**
Class : **35** / Full Class Word **Granted Nr. 2084906 date 10/05/2006**
Owner : **CONSIST INTERNATIONAL, INC.**
Serial Nr. : 2547888 Agent: 108 Date of
Filing: 15/10/2004 Published: 09/12/2004 Bulletin N°: 2215

---

Trademark : **ENTIRE**
Class : **42** / Limited Word **Granted Nr. 2141768 date 12/02/2007**
Owner : **CONSIST INTERNATIONAL, INC.**
Serial Nr. : 2547889 Agent: 108 Date of
Filing: 15/10/2004 Published: 09/12/2004 Bulletin N°: 2215

---

Trademark : **NATURAL**
Class : **9** / Limited Word+Design **Granted Nr. 2128282 date 20/11/2006**
Owner : **CONSIST INTERNATIONAL, INC.**
Serial Nr. : 2593982 Agent: 108 Date of
Filing: 31/05/2005 Published: 20/07/2005 Bulletin N°: 2296

---

Trademark : **NATURAL**
Class : **35** / Full Class Word **Granted Nr. 2084909 date 10/05/2006**
Owner : **CONSIST INTERNATIONAL, INC.**
Serial Nr. : 2547892 Agent: 108 Date of
Filing: 15/10/2004 Published: 09/12/2004 Bulletin N°: 2215

---

Trademark : **NATURAL**
Class : **42** / Limited Word
Owner : **CONSIST INTERNATIONAL, INC.**
Serial Nr. : 2677256 Agent: 108 Date of
Filing: 09/06/2006 Published: 09/08/2006 Bulletin Nº: 2433

---

Trademark : **PREDICT**
Class : **9** / Full Class Word **Granted Nr. 2140043 date 31/01/2007**
Owner : **CONSIST INTERNATIONAL, INC.**
Serial Nr. : 2618613 Agent: 108 Date of
Filing: 19/09/2005 Published: 16/11/2005 Bulletin Nº: 2337

---

Trademark : **PREDICT**
Class : **35** / Full Class Word **Granted Nr. 2084907 date 10/05/2006**
Owner : **CONSIST INTERNATIONAL, INC.**
Serial Nr. : 2547890 Agent: 108 Date of
Filing: 15/10/2004 Published: 09/12/2004 Bulletin Nº: 2215

---

Trademark : **PREDICT**
Class : **42** / Full Class Word **Granted Nr. 2084908 date 10/05/2006**
Owner : **CONSIST INTERNATIONAL, INC.**
Serial Nr. : 2547891 Agent: 108 Date of
Filing: 15/10/2004 Published: 09/12/2004 Bulletin Nº: 2215

---

Trademark : **TAMINO**
Class : **9** / Full Class Word **Granted Nr. 1841356 date 24/08/2001**
Owner : **CONSIST INTERNATIONAL, INC.**
Serial Nr. : 2278026 Agent: 108 Date of
Filing: 31/03/2000 Published: 24/05/2000 Bulletin Nº: 1840

---

**Amount of trademarks 18**
**Last Bulletin checked 30/01/2008**

# B

INPI
Instituto Nacional de la Propiedad Industrial I República Argentina

# Marcas - Decreto Reglamentario Ley de Marcas (558/81)

## DECRETO REGLAMENTARIO DE LA LEY DE MARCAS (Decreto 558/81)

ARTICULO 1° - Los productos y los servicios serán clasificados de acuerdo a la siguiente Nomenclatura:

**LISTA DE CLASES - PRODUCTOS**

1. Productos químicos destinados a la industria, la ciencia, la fotografía, la agricultura, la horticultura, la silvicultura; resinas artificiales sintéticas, materias plásticas en bruto (en forma de polvo, líquido o pasta); abonos para las tierras (naturales y artificiales); composicic extintores; baños y preparaciones químicas para soldaduras; productos químicos destinados a conservar los alimentos; materias curti sustancias adhesivas destinadas a la industria.

2. Colores, barnices, lacas; preservativos antioxidantes y contra el deterioro de la madera; materiales tintóreas; mordientes; resinas na metales en hojas y en polvo para pintores y decoradores.

3. Preparaciones para blanquear y otras sustancias para la colada; preparaciones para limpiar, pulir, desengrasar y pulimentar; jabon perfumería; aceites esenciales, cosméticos, lociones capilares; dentífricos.

4. Aceites y grasas industriales (que no sean aceites o grasas comestibles ni aceites esenciales); lubricantes; compuestos para conce polvo; compuestos combustibles (incluidas las esencias para motores) y materias para alumbrado; velas, bujías lamparillas y mechas.

5. Productos farmacéuticos, veterinarios e higiénicos; productos dietéticos para niños y enfermos; emplastros, material par vendajes; para empastar dientes y para improntas dentales; desinfectantes; preparaciones para destruir las malas hierbas y los animales dañinc

6. Metales comunes en bruto y semielaborados y sus aleaciones, anclas, yunques, campanas, materiales de construcción laminados rieles y otros materiales metálicos para vías férreas; cadenas (con excepción de las cadenas motrices para vehículos); cables e hilos no eléctricos; cerrajería; tubos metálicos; cajas de caudales grandes y portátiles; bolas de acero; herraduras; clavos y tornillos; otros p de metal (no precioso) no incluidos en otras clases; minerales.

7. Máquinas y máquinas herramientas; motores (excepto para vehículos terrestres); acoplamientos y correas de transmisión (excepto vehículos terrestres); grandes instrumentos para la agricultura; incubadoras.

8. Herramientas e instrumentos manuales; cuchillería, tenedores y cucharas; armas blancas.

9. Herramientas e instrumentos científicos, náuticos, geodésicos, eléctricos (incluso la radio), fotográficos, cinematográficos, ópticos, de medir, de balizamiento, de control (inspección), de socorro (salvamento) y de enseñanza; aparatos automáticos que se ponen en n mediante la introducción de una moneda o de una ficha; máquinas parlantes; cajas registradoras, máquinas de calcular; aparatos exti

10. Instrumentos y aparatos quirúrgicos, médicos, odontológicos y veterinarios (incluidas las prótesis)

11. Instalaciones de alumbrado, de calefacción, de producción de vapor, de cocción, de refrigeración, de secado, de ventilación, de di de agua e instalaciones sanitarias.

12. Vehículos; aparatos de locomoción terrestre, aérea o acuática.

13. Armas de fuego; municiones y proyectiles; sustancias explosivas; fuegos artificiales.

14. Metales preciosos y sus aleaciones y objetos de estas materias o chapeados (excepto cuchillería, tenedores y cucharas); joyería, preciosas; relojería y otros instrumentos cronométricos.

15. Instrumentos de música (excepto máquinas parlantes y aparatos de radio)

16. Papel cartón, artículos de papel o cartón (no comprendidos en otras clases); impresos, diarios y periódicos; libros; artículos de encuadernación; fotografías; papelería, materias adhesivas (para papelería); materiales para artistas; pinceles; máquinas de escribir y (excepto muebles); material de instrucción o de enseñanza (excepto aparatos); naipes; caracteres de imprenta; clisés.

17. Gutapercha, goma elástica, balta y sucedáneos, objetos fabricados con estas materias que no estén comprendidos en otras clase placas y varillas de materias plásticas (productos semielaborados); materias que sirven para calafatear, cerrar con estopa y aislar; am y sus productos; tubos flexibles no metálicos.

18. Cueros e imitaciones de cuero, artículos de estas materias no incluidos en otras clases; pieles; baúles y maletas; paraguas, somb bastones; fustas, jaeces y guarnicionería.

19. Materiales de construcción, piedras naturales y artificiales, cemento, cal, mortero, yeso y grava; tuberías de gres o de cemento; pr para la construcción de carreteras; asfalto, pez y betún; casas transportables; monumentos de piedra; chimeneas.

20. Muebles, espejos, marcos; artículos (no incluidos en otras clases) de madera, corcho, caña, junco, mimbre, cuerno, hueso, marfil, concha, ámbar, nácar, espuma de mar, celuloide y sucedáneos de todas estas materias o de materias plásticas.

21. Utensilios pequeños y recipientes portátiles para el menaje y la cocina (no en metales preciosos o en chapado); peines y esponjas (con excepción de los pinceles); materiales para cepillería; instrumentos y materiales de limpieza; paja de hierro; vidrio en bruto y sem (excepto el vidrio para la construcción); cristalería, porcelana y loza no incluidos en otras clases.

22. Cuerdas, bramantes, redes, tiendas, toldos, velas, sacos; materiales de relleno (crin, capoc, plumas, algas marinas, etc.); materias textiles en bruto.

23. Hilos.

24. Tejidos; colchas y tapetes; artículos textiles no incluidos en otras clases.

25. Vestidos, con inclusión de botas, zapatos y zapatillas.

26. Puntillas y bordados, cintas y lazos; botones, automáticos, corchetes, ojalillos, alfileres y agujas; flores artificiales.

27. Alfombras, felpudos, esteras, linóleos y otros productos para recubrir los suelos, tapiceria (que no sea de tela)

28. Juegos y juguetes; artículos de gimnasia y deporte (excepto vestidos); ornamentos y decoración para los árboles de Navidad.

29. Carne, pescado, aves y caza; extracto de carne; frutas y legumbres en conserva, secas y cocidas; jaleas, mermeladas; huevos, le productos lácteos; aceites y grasas comestibles; conservas, encurtidos.

30. Café, té, cacao, azúcar, tapioca, sagú, sucedáneos del café; harinas y preparaciones hechas con cereales, pan, bizcochos, tortas confitería y helados; miel, jarabe de melaza; levadura, polvos para esponjar; sal, mostaza; pimienta, vinagre, salsas; especias; hielo.

31. Productos agrícolas, hortícolas, forestales y granos no incluidos en otras clases; animales vivos; frutas y verduras frescas; semilla vivas y flores naturales; sustancias para la alimentación de animales, malta.

32. Cerveza, ale y porter; aguas minerales y gaseosas y otras bebidas no alcohólicas; jarabes y otros preparados para hacer bebidas

33. Vinos espirituosos y licores.

34. Tabaco en bruto o manufacturado; artículos de fumador; fósforos.

**SERVICIOS**

35. Publicidad y Negocios.

36. Seguros y finanzas.

37. Construcción y reparaciones.

38. Comunicaciones

39. Transporte y almacenaje.

40. Tratamiento de materiales.

41. Educación y esparcimiento.

42. Varios.

ARTICULO 2 - La Dirección Nacional de la Propiedad Industrial podrá clasificar productos y servicios no individualizados expresamen clasificación establecida en el artículo 1°. Tendrá principal importancia la naturaleza del producto o servicio, a fin de incluirlo en las cla ya están clasificados productos o servicios afines. Esta clasificación será publicada en el Boletin de Marcas editado por la Dirección N la Propiedad Industrial.

Sin perjuicio de los dispuesto en el apartado anterior, para la clasificación de productos y servicios la Dirección Nacional de la Propiec Industrial se atendrá a lo establecido en las Notas Explicativas que se agregan como Anexo al presente Decreto.

**TASAS**

ARTICULO 3 - Los trámites ante la Dirección Nacional de la Propiedad Industrial están sujetos al pago de las siguientes tasas: $
Por solicitud de registro o de renovación.......... 120.000
Por solicitud de reclasificación.......... 40.000

Por solicitud de anotación de transferencia de marca o de modificación del nombre del titular.................................................... 60.000
Por oposición al registro de marca........................................................................................................................................ 40.000
Por solicitud de nuevo testimonio o certificación.................................................................................................................. 50.000
Por solicitud de copia total o parcial del expediente.............................................................................................................. 15.000
Por información que se requiera sobre una marca.................................................................................................................. 3.000
Por cada antecedente administrativo que por resolución judicial deba remitirse en original a la justicia...........................................50.000

Facúltase a la Secretaría del Estado de Desarrollo Industrial a actualizar el monto de las tasas de acuerdo a lo establecido en el artícu ley y a fijar tasas para los nuevos servicios que pudieran implementarse.

ARTICULO 4 - No se dará curso a ningún trámite cuya solicitud no esté acompañada por la constancia de pago de la tasa respectiva.

PRESENTACION DE SOLICITUDES Y DE OPOSICIONES

ARTICULO 5 - La presentación de solicitudes de registro y de renovación de marcas y de los escritos de oposición podrá efectuarse e provincias y territorios nacionales, en las oficinas de correos que determinen los reglamentos respectivos.

ARTICULO 6 - El Jefe del Departamento de Marcas de la Dirección Nacional de la Propiedad Industrial remitirá a los administradores un libro en el que se extenderá un acta de lo peticionado siempre que los interesados lo hagan en la forma que prescribe la ley.

Los libros respectivos serán rubricados y foliados por la Dirección Nacional de la Propiedad Industrial.

ARTICULO 7 - Dentro de los DOS (2) días de efectuada la presentación, el administrador de correos remitirá a la Dirección Nacional ( Propiedad Industrial, una copia autenticada del acta respectiva con la constancia de haberse oblado la tasa correspondiente y en su c descripciones, dibujos y clisés.
Recibida esta documentación se volcará al libro pertinente y comenzará a correr el plazo previsto en el artículo 12.

SOLICITUD DE REGISTRO Y DE RENOVACION Y TRAMITE DE REGISTRO

ARTICULO 8 - Cuando el solicitante sea una persona jurídica, deberá mencionarse, junto con los recaudos previstos en el artículo 10 su inscripción por ante los registros y organismos que correspondan conforme las normas que regulan su constitución.

ARTICULO 9 - Junto con la solicitud de registro se presentará, cuando fuera el caso, DOS (2) clisés tipográficos. Estos deberán ser d de madera y permitir la impresión clara y nítida de la marca; sus dimensiones no podrán exceder de OCHO (8) centímetros de alto po centímetros de ancho. Estos clisés se utilizarán para las publicaciones ordenadas en los artículos 12 y 45 de la ley.
En el caso de renovación sólo se presentará un clisé tipográfico.

ARTICULO 10 - Cuando la marca esté formada, total o parcialmente, por un dibujo, imagen o grabado se pegará un facsímil en las descripciones. Se acompañarán, además, diez facsímiles sueltos.

Los facsímiles deberán estar impresos en un solo color.

EXAMEN DE LAS SOLICITUDES Y TRAMITE DE INSCRIPCION

ARTICULO 11 - Al solicitante deberá entregársele un recibo en el que consten la marca, fecha, hora y número de presentación, nomb solicitante, producto o servicios a distinguir y la clase correspondiente. Idéntico recibo entregará el administrador de correos.

ARTICULO 12 - Dentro de los DIEZ (10) días de su presentación se estudiará si la solicitud fue efectuada en la clase correspondiente cumple con las formalidades exigidas por el artículo 10 de la ley, y dentro de los CINCO (5) días siguientes se notificará al solicitante la solicitud fue incorrectamente clasificada se notificará además el criterio de la dirección y los antecedentes si los hay.

El solicitante tendrá un plazo de DIEZ (10) días para efectuar la corrección que corresponda o para contestar la vista. Dentro de los D días de vencido este plazo se ordenará la publicación o dictará resolución denegatoria, según corresponda.

ARTICULO 13 - La publicación de la solicitud contendrá el nombre del solicitante, la fecha de presentación, los productos o servicios la clase en que están incluidos, el número de presentación, la prioridad invocada si la hubiere y, en su caso el número de matrícula de su propiedad industrial que tramita la solicitud.

ARTICULO 14 - El escrito de oposición debe presentarse por duplicado. Se entregará al oponente una constancia con la fecha de su presentación.

ARTICULO 15 - Dentro de los QUINCE (15) días de vencido el plazo establecido en el artículo 13 de la ley, se notificará al solicitante antecedentes, oposiciones deducidas y demás observaciones efectuadas respecto del registro de la marca, con copia del escrito de c en la que constará la fecha de su presentación.

ARTICULO 16 - Si sólo hubiere observaciones que obsten a la concesión del registro, el solicitante tendrá un plazo de NOVENTA (90 partir de la notificación para contestar la vista y efectuar las correcciones pertinentes. A partir de su contestación o en su defecto, del

del plazo, la Dirección Nacional de la Propiedad Industrial tendrá NOVENTA (90) días para resolver.

ARTICULO 17 - Dentro de los CINCO (5) días de recibido el oficio a que se refiere el artículo 18 de la ley se correrá traslado al solicita DIEZ (10) días para que conteste la vista relativa a los antecedentes y demás observaciones a la solicitud. Si el oficio es diligenciado solicitante la vista deberá contestarse junto con su presentación.

La Dirección Nacional de la Propiedad Industrial deberá dictar resolución dentro de los NOVENTA (90) días de contestada la vista o d el plazo para hacerlo.

**NOTIFICACIONES**

ARTICULO 18 - La resolución denegatoria de la solicitud, se notificará al solicitante dentro de los CINCO (5) días de dictada.

ARTICULO 19 - En los casos de solicitudes de marcas desistidas y abandonadas, se notificará al solicitante el número de resolución y dentro de los CINCO (5) días de dictada.

ARTICULO 20 - Cuando se conceda el registro se notificará al solicitante que debe retirar el respectivo certificado dentro de los DIEZ en su defecto, el expediente será archivado.

ARTICULO 21 - Las notificaciones, efectuadas en virtud de los establecido en este decreto, lo serán de acuerdo con lo establecido en Procedimientos Administrativos y sus normas reglamentarias o por carta certificada con aviso de recepción. En todos los plazos que s establecen en este decreto se contarán los días corridos.

**RENUNCIA AL TRAMITE JUDICIAL**

ARTICULO 22 - Si las partes deciden renunciar a la vía judicial, deberán hacerlo por escrito, conjunta o separadamente. Dentro de los días de recibidas las renuncias de ambas partes, se correrá el traslado por DIEZ (10) días para que cada una efectúe la presentación las pruebas que considere pertinentes. Estas pruebas deben producirse dentro de los TREINTA (30) días de ofrecidas y, vencido este dictará resolución dentro de los NOVENTA (90) días siguientes.

**NOTACION DE TRANSFERENCIAS**

ARTICULO 23 - Para anotar el cambio de nombre del titular o la transferencia de un registro o de una solicitud se deberá presentar:

a) una solicitud, en la que constará los nombres y los domicilios del cedente y del cesionario, el número de concesión del registro y ur documento que acredite la transferencia o el cambio de nombre; el cesionario constituirá un domicilio especial en la Capital Federal. L transferencia podrá instrumentarse en el formulario que a tal efecto confeccionará la Dirección Nacional de la Propiedad Industrial;

b) el certificado del registro marcario o un nuevo testimonio del mismo;

c) la constancia de pago de la tasa.

**SOLICITUD DE NUEVOS TESTIMONIOS**

ARTICULO 24 - Para obtener nuevo testimonio del registro acordado, debe presentarse una solicitud, acompañada por una copia de l descripción, junto con la constancia de pago de la tasa correspondiente.

Cuando se soliciten varios testimonios de un mismo registro, se admitirá que se efectúe en un solo escrito, que será acompañado de copias de las descripciones como testimonios se deseen y para cada uno se abonará la tasa correspondiente.

A pedido de cualquier interesado se entregará una certificación en la que se indicará la marca, los productos que distingue, las fechas de presentación y de registro, el nombre de su titular, y cualquier otro dato que se solicite sobre lo actuado en el expediente respectiv

**FRASES PUBLICITARIAS**

ARTICULO 25 - En el certificado de registro que se otorgue al titular de una marca formada por una frase publicitaria, se pondrá la ley "marca de frase publicitaria". Igual leyenda se incluirá en los certificados de marcas que estén formadas por una frase publicitaria y pc otra palabra o signo que individualmente estén, o pueden ser registrados como marca.

**PUBLICACIONES**

ARTICULO 26 - La publicación de las solicitudes de registro se efectuará en el Boletín de Marcas editado por la Dirección Nacional de Propiedad Industrial. A pedido del interesado, y a su costa, se publicará en este Boletín la renuncia a una marca registrada.

ARTICULO 27 - Las publicaciones ordenadas en el artículo 45 de la ley se efectuarán en la Revista editada por la Dirección Nacional Propiedad Industrial.

ARTICULO 28 - En la publicación que ordena el artículo 45 de la ley se consignará la marca, el número de resolución de registro, aba desistimiento o denegación según corresponda y por orden correlativo; el nombre del titular, los productos o servicios que distingue, la que pertenece y, en su caso, el número de matrícula del agente de la propiedad industrial que realizó el trámite.

En caso de transferencia sólo se indicará el nombre del nuevo titular, el número de registro, la clase respectiva, la fecha de su anotac caso, el número de matrícula del agente de la propiedad industrial que realizó el trámite.

ARTICULO 29 - Los gastos que originen las publicaciones previstas por la ley, se atenderán con las respectivas partidas de la Cuenta Secretaría de Desarrollo Industrial-Dirección Nacional de a Propiedad Industrial - Servicios Requeridos, a la que ingresarán las sumas en tal concepto.

La Secretaría de Estado de Desarrollo Industrial fijará los precios de las publicaciones y de venta del Boletín de Marcas y de la Revist los que no podrán ser superiores a las tarifas del Boletín Oficial por servicios similares.

**SOLICITANTES Y MANDATARIOS**

ARTICULO 30 - Pueden realizar los trámites ante la Dirección Nacional de la Propiedad Industrial:

a) los solicitantes, sean éstas personas físicas o jurídicas;

b) sus mandatarios con poder general para administrar;

c) los agentes de la propiedad industrial matriculados.

ARTICULO 31 - Cuando los agentes de la propiedad industrial actúan como apoderados, no deben acompañar el poder respectivo, a les sea solicitado por parte interesada o por la Dirección Nacional de la Propiedad Industrial.

Si lo hacen en el carácter de gestores, deberán obtener el poder dentro del plazo de SESENTA (60) días y así manifestarlo en el expe respectivo; caso contrario, se deberá ratificar su gestión.

ARTICULO 32 - Facúltase a la Dirección Nacional de la Propiedad Industrial a dictar normas de mero trámite en el procedimiento rela con la aplicación de este decreto.

ARTICULO 33 - Derógase el decreto del 5 de diciembre de 1900, reglamentario de la ley Nº 3975; el decreto del 30 de julio de 1912, ( establece nomenclatura de productos y los decretos números 4065/32; 68.514/35; 111.715/37; 7309/61 y 10.261/61.

ARTICULO 34 - Deróganse las resoluciones del Ministerio de Agricultura del 14 de junio de 1912, del 21 de agosto de 1912, del 12 de 1915, del 20 de enero de 1926, del 18 de junio de 1932, del 29 de abril de 1935 y la Nº 418 del 11 de abril de 1938; la resolución Nº 3 Secretaría de Estado de Industrial y Minería, la resolución Nº 133/79 de la Secretaría de Estado de Desarrollo Industrial y las Disposic Dirección Nacional de la Propiedad Industrial Nros. 4/56, 4/60, 3/61 y 9/62.

ARTICULO 35 - Comuníquese, publíquese, dése a la Dirección Nacional del Registro Oficial y archívese.

# C



Instituto Nacional de la Propiedad Industrial

BUENOS AIRES, 30 de SET 1996

VISTO: las solicitudes de inscripción de transferencias, renuncias y otros actos de disposición sobre derechos relativos a marcas de productos y de servicios, patentes de invención, modelos de utilidad y modelos y diseños industriales, de conformidad a los regímenes instituidos por las leyes 22.362, 24.481 y su modificatoria 24.572, y el Decreto-Ley 6.673/63 ratificado por la Ley 16.478, y

CONSIDERANDO:

Que sin perjuicio de lo establecido en cada uno de los citados ordenamientos específicos, se hace necesario unificar y fijar con precisión los requisitos formales comunes a dichas solicitudes y las condiciones que debe reunir la documentación respaldatoria, a fin de garantizar la certeza de los actos jurídicos que se pretende inscribir y permitir un adecuado control administrativo.

Que si bien debe mantenerse parte de la preceptiva que informan las disposiciones actualmente en vigencia, es conveniente su integración en un sólo cuerpo normativo.

Que teniendo en cuenta la importancia que reviste la toma de razón para esta clase de tramitaciones, en orden a la oponibilidad del acto respecto de terceros, se torna imperativo determinar el momento a partir del cual produzca sus efectos, atendiendo a los diferentes



Instituto Nacional de la Propiedad Industrial

supuestos que puedan presentarse.

Que en tal sentido, es de estricta justicia considerar que una vez que los interesados han cumplido todas las condiciones exigibles para consolidar su derecho a la inscripción, la eficacia de ese derecho no puede estar supeditada a la fecha del acto declarativo que se limita a reconocer ese cumplimiento, máxime cuando la función de publicidad ha quedado asegurada con las constancias del expediente.

Que sin perjuicio de las modalidades propias de las leyes especiales cuya aplicación está a cargo de este Instituto, los procedimientos deben adaptarse a lo dispuesto en la Ley 19.549 y su Reglamentación, conforme a la directiva contenida en el art. 22 de dicho ordenamiento legal y lo dispuesto por el Decreto 722/96..

Que ha tomado la debida intervención la Asesoría Jurídica y lo expuesto ha sido aprobado en la reunión de Directorio del 16 de mayo del corriente año.

Por ello, en uso de las atribuciones conferidas por la ley 24.481 y su modificatoria

EL VICEPRESIDENTE DEL INSTITUTO NACIONAL

DE LA PROPIEDAD INDUSTRIAL

DISPONE:

Articulo 1°-La solicitud de inscripción de transferencias de derechos sobre marcas de productos o de servicios, de patentes de invención, de modelos de utilidad y de modelos y diseños industriales, regidos por las Leyes 22.362, 24.481 y su modificatoria 24.572, y por el Decreto-Ley 6.673/63 ratificado por la Ley 16.478, se formalizará por medio del formulario



Instituto Nacional de la Propiedad Industrial

tipo que se adjunta como Anexo I, con sus datos completos, nro. previsional y posición ante la Dirección General Impositiva.

Articulo 2°- No se admitirá el ingreso de ninguna solicitud sin la constancia del pago de los aranceles que correspondan de conformidad a lo establecido en el Anexo III del Decreto 260/96, salvo que la exención hubiese sido dispuesta por otras leyes.

Articulo 3°- La documentación acreditante de transferencias, renuncias o cualquier otro acto de disposición sobre los derechos enunciados en el articulo l° deberá contener los siguientes recaudos:

a) Cuando el acto haya pasado por instrumento público se acompañará el respectivo testimonio, debidamente legalizado si hubiese sido otorgado en distinta jurisdicción.

b) Cuando el acto hubiese sido formalizado por instrumento privado, las firmas de las partes deberán hallarse autenticadas por ante escribano público, con las legalizaciones que correspondieren.

Los firmantes que actuaren por un derecho que no es el propio, deberán acreditar, por medio de certificación notarial o judicial, la representación que invoquen y que se encuentran debidamente facultados para la realización del acto. EI escribano interviniente deberá dar fe que se han "acreditado las facultades suficientes", con detalle de los documentos habilitantes para ello, que ha tenido a la vista.

c) Cuando el acto se hubiese celebrado en el extranjero su forma se regirá por las leyes del país en el que se hubiera otorgado, pero el documento en el que se instrumente deberá contener la certificación de las firmas, carácter y facultades de los intervinientes, así como las legalizaciones pertinentes, salvo que tratados internacionales o convenios bilaterales o de integración liberen tal requisito.

Cuando corresponda, deberá acompañarse traducción del documento en las condiciones requeridas por el articulo 28 del Decreto 1759/72 T.O. 1991.

d) Cuando el acto se instrumente en el formulario indicado en el articulo 12, deberán cumplirse los requisitos que se establecen en el inc. b) de este articulo.

Articulo 4°- Las partes podrán autorizar a un tercero, en el mismo cuerpo del documento, a correr con el trámite de inscripción, facultándolo a suscribir formularios, contestar vistas, acompañar y retirar documentación, y todo otro mero trámite tendiente a la conclusión del procedimiento.

Articulo 5°- Cuando la transferencia se opere como consecuencia de la venta del fondo de comercio, del que la marca, patente, modelo de utilidad o diseño o modelo industrial forme parte, la misma deberá justificarse mediante el documento que acredite la respectiva inscripción en el Registro Público de Comercio (Ley 11.867).

Articulo 6°- Cuando la transferencia se efectúe por causa de muerte, no se tomará razón de la misma sin orden expresa del Juez interviniente en la sucesión del titular del derecho que se transmite. Deberán consignarse los datos de los herederos, sus partes indivisas y el autorizado a suscribir el formulario.

Articulo 7°- No se admitirá la transmisión de derechos en favor de entes a los que las leyes no les asignen personalidad jurídica, tales como las sucesiones, la sociedad conyugal, las sociedades de hecho, las sociedades irregularmente constituidas y las sociedades en formación.

En el supuesto previsto por el articulo 38 de la Ley de Sociedades Comerciales 19.550 y sus modificatorias, la anotación preventiva se practicará siempre que se acompañe el contrato social y se reúnan los siguientes requisitos:



*Instituto Nacional de la Propiedad Industrial*

A) Que e mismo cumpla con los recaudos establecidos en el articulo 3 de este Reglamento. B) Que el titular del bien, integre la sociedad y transmita el dominio como aporte de capital. C) Se deberá acompañar constancia de la iniciación del trámite de inscripción ante la Inspección General de Justicia u organismo registral equivalente.

Articulo 8° En las solicitudes de inscripción de transferencias por actos entre vivos deberá mencionarse el acto jurídico que la motiva y, de tratarse de una cesión a titulo oneroso, el precio.

Articulo 9° -Cuando el transmitente del derecho fuese una persona física, conjuntamente con los requisitos establecidos en el articulo 3Q deberá acreditarse, en forma fehaciente, el consentimiento exigido por el art. 1.277 del Código Civil, salvo en los supuestos previstos por el art. 1.272, último

Articulo 10° -Si el objeto de la cesión o renuncia fuese un derecho registrado, deberá acompañarse el titulo respectivo a los fines de dejar debida constancia.

Articulo 11 ° No se tomará razón de una renuncia o transferencia si al tiempo de su presentación el derecho

que constituya su objeto no se encontrare vigente.

Articulo 12° -La toma de razón de transferencias, renuncias y cualquier otro acto de disposición se dictará en cada expediente con arreglo a los recaudos establecidos para el dictado de los actos administrativos, dejándose constancia de la misma en el titulo o nuevo testimonio.

Articulo 13° -Si la presentación inicial no hubiese merecido observaciones, o las que se hubiesen formulado versaren sobre deficiencias y omisiones meramente formales que careciesen de incidencia sobre la autenticidad del acto jurídico que debe inscribirse, y



*Instituto Nacional de la Propiedad Industrial*

hubiesen sido oportunamente subsanadas por el interesado, la toma de razón tendrá carácter declarativo retrotrayéndose sus efectos a la fecha de ingreso de la solicitud.

Cuando la deficiencia u omisión recayere sobre elementos esenciales del acto jurídico que motiva el pedido de anotación, la toma de razón tendrá el mismo carácter, pero surtirá efectos desde la fecha de ingreso de la presentación o documentación que las subsane.

Articulo 14° -En lo que resulten compatibles, las disposiciones precedentes se aplicarán a las solicitudes de inscripción de cambios de rubro o de denominación social.

Articulo 15°- Para el cómputo de los plazos establecidos en el presente se contarán únicamente los días hábiles administrativos.

Articulo 16° -Para todo lo que no estuviese previsto en esta Disposición serán de aplicación supletoria las normas contenidas en la Ley de Procedimientos Administrativos N° 19.549, modificada por la Ley N° 21.686, y su Decreto Reglamentario N° 1.759/72 (t.o. 1991).

Articulo 17° -La presente entrará en vigencia a partir de los ocho días siguientes al de su publicación, derogándose toda otra norma que se le Oponga.

Articulo 182 -Comuníquese, regístrese, Publíquese y archívese.-

Disposición N° 132/96

# D

REPUBLICA ARGENTINA

I.N.P.I.

# SOLICITUD DE REGISTRO DE TRANSFERENCIA

| PATENTE | MARCA | MODELO | MODELO DE UTILIDAD | AGENTE | HOJA NUMERO | FECHA DE PRESENTACION |
|---|---|---|---|---|---|---|
| | | | | | DE | |

DENOMINACION O TITULO

Nº | ACTA Nº | CLASE

APELLIDOS Y NOMBRES O RAZON SOCIAL DEL TRANSMITENTE | TIPO Y Nº DE DOCUMENTO

C.U.I.T. Y/O C.U.I.L.

ESTADO CIVIL | APELLIDOS Y NOMBRES DEL CONYUGE | TIPO Y Nº DE DOCUMENTO

CALLE Y NUMERO | PAIS DE RESIDENCIA

| CODIGO POSTAL | LOCALIDAD-ESTADO-PAIS | INSCRIPCION REGISTRO PUBLICO DE COMERCIO | | | | PORCENTUAL TRANSFERIDO |
|---|---|---|---|---|---|---|
| | | FECHA | NUMERO FOLIO | LIBRO | TOMO | |
| | | | | | | |

APELLIDOS Y NOMBRES O RAZON SOCIAL DEL ADQUIRENTE | TIPO Y Nº DE DOCUMENTO

C.U.I.T. Y/O C.U.I.L.

CALLE Y NUMERO | PAIS DE RESIDENCIA

| CODIGO POSTAL | LOCALIDAD-ESTADO-PAIS | INSCRIPCION REGISTRO PUBLICO DE COMERCIO | | | | PORCENTUAL ADQUIRIDO |
|---|---|---|---|---|---|---|
| | | FECHA | NUMERO FOLIO | LIBRO | TOMO | |
| | | | | | | |

| CALLE Y NUMERO - DOMICILIO LEGAL | C.P | LOCALIDAD |
|---|---|---|
| | | |

TRANSFERENCIA PARCIAL PORCENTAJE TRANSFERIDO ,CON RESPECTO A LOS SIGUIENTES ARTICULOS:

TITULARIDAD DEFINITIVA:

ACTO JURIDICO QUE MOTIVA LA TRANSFERENCIA:

FECHA: ESCRITURA Nº: REGISTRO:

CONTRATO: Importe: $ (en números)

| TRANSMITENTE REPRESENTADO POR | CARACTER |
|---|---|
| | |
| ADQUIRENTE REPRESENTADO POR | CARACTER |
| | |
| AUTORIZADO PARA TRAMITAR | C.U.I.T. Y/O C.U.I.L. |
| | |

DOCUMENTACION ACOMPAÑADA

COMPROBANTE DE PAGO DE SERVICIOS REQUERIDOS ☐

DOCUMENTOS EN QUE SE FUNDA LA TRANSFERENCIA ☐

OBSERVACIONES:

FIRMA DEL AUTORIZADO | FIRMA DEL TRANSMITENTE | FIRMA DEL CONYUGE | FIRMA DEL ADQUIRENTE

CERTIFICACION DE FIRMA:

PARA USO DEL INSTITUTO NACIONAL DE LA PROPIEDAD INDUSTRIAL

| | | |
|---|---|---|
| CONDICIONES DE DOMINIO A NOMBRE DEL TRANSMITENTE | SI | NO |
| EXISTEN INHIBICIONES | SI | NO |
| EXISTEN EMBARGOS | SI | NO |

VISTO LO PETICIONADO Y HALLANDOSE SATISFECHOS LOS REQUISITOS LEGALES, TOMESE RAZON DE LA TRANSFERENCIA.

Buenos Aires,

FIRMA FIRMA

# E

| TRADEMARK ASSIGNMENT | TRANSFERENCIA DE MARCA |
| --- | --- |
| Be it known that........................................... ................................................................ domiciled at ....................................... ................................................................ ................................................................ ................................................................ | Conste que.............................................. ................................................................ domiciliada en.............................................. ................................................................ ................................................................ ................................................................ |
| owner of the trademark/s............................ ................................................................ ................................................................ ................................................................ ................................................................ ................................................................ ................................................................ ................................................................ ................................................................ ................................................................ | titular de la/s marcas/s............................... ................................................................ ................................................................ ................................................................ ................................................................ ................................................................ ................................................................ ................................................................ ................................................................ |
| hereby assigns all right, title and interest in and to the same to....................................... ................................................................ domiciled at................................................ ................................................................ ................................................................ ................................................................ ................................................................ | por el presente la transfieren en toda su propiedad y dominio a.............................. ................................................................ domiciliado en.......................................... ................................................................ ................................................................ ................................................................ ................................................................ |
| The assignee hereby accepts the assignment and authorizes Bernard W. Malone, Gonzalo Cáceres, Miguel Menegazzo Cané, to do what is necessary in order to give effect to the present transfer and to receive the certificate of registration and obtain certified copies thereof where necessary. | El cesionario por el presente acepta la transferencia y autoriza a Bernard W. Malone, Gonzalo Cáceres, Miguel Menegazzo Cané, para hacer todo cuanto fuere necesario para perfeccionar la presente transferencia con facultad para retirar el título y obtener nuevos testimonios en caso necesario. |
| Done and signed at .................................... ................................................................ ................................................................ | Dado y firmado en .................. ................................................................ ................................................................ |

(Signature of Assignor) ..........................................................

(Signature of Assignee) ..........................................................