James David Jacobs
Frank M. Gasparo
Marcella Ballard
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036-7703
Tel: 212-626-4100
Fax: 212-310-1600

Attorneys for Software AG, Inc.
and Software AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE AG, INC. and SOFTWARE AG,<br><br>                    Plaintiffs,<br><br>-against-<br><br>CONSIST SOFTWARE SOLUTIONS, INC. f/k/a CONSIST INTERNATIONAL, INC. and NATALIO FRIDMAN,<br>                    Defendants. | Case No. 08 CV 00389 (CM) (FM)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Declarations of Linda Kibblewhite and Frank M. Gasparo and the exhibits annexed thereto and upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Sanctions Pursuant to Fed. R. Civ. P. 37 submitted herewith, Software AG, Inc. ("SAGA") and Software AG ("SAG") (collectively "Software AG") shall move this Court at 500 Pearl Street, New York, New York 10007, on a date to be set by the Court, for an Order imposing sanctions on Defendants pursuant to Rule 37 of the Federal Rules of Civil

Procedure, and for such other and further relief as the Court may deem just and proper.

Dated:  New York, New York                  Respectfully submitted,
       February 13, 2008

                                              By: /s/ James David Jacobs

                                              James David Jacobs
                                              Frank M. Gasparo
                                              Marcella Ballard
                                              BAKER & McKENZIE LLP
                                              1114 Avenue of the Americas
                                              New York, NY 10036
                                              Tel: 212-626-4100
                                              Fax: 212-310-1600

                                              Attorneys for Plaintiffs Software AG, Inc.
                                              and Software AG