James David Jacobs
Frank M. Gasparo
Marcella Ballard
BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036-7703
Tel: 212-626-4100
FAX: 212-310-1600

Attorneys for Software AG, Inc.
and Software AG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOFTWARE AG, INC. and SOFTWARE AG,<br><br>        Plaintiffs,<br><br>-against-<br><br>CONSIST SOFTWARE SOLUTIONS, INC. f/k/a CONSIST INTERNATIONAL, INC. and NATALIO FRIDMAN,<br>        Defendants. | Case No. 08-CV-00389 (CM) (FM)<br><br>**DECLARATION OF LINDA KIBBLEWHITE IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 37** |

  LINDA KIBBLEWHITE declares and states as follows:

  1.  I am the International Business Development Manager of Software AG, Inc. ("SAGA").

  2.  SAGA is a global distributor of software products.

  3.  These software products include: (1) an XML database and associated family of products called "Tamino"; (2) middleware and associated family of products

called "Entire" or "EntireX"; (3) an on-line transaction server called "Com-plete"; and (4) a data dictionary/repository called "Predict".

4. "Com-plete" and "Predict" have been SAGA products since the late 1980s, "Entire" and "EntireX" have been SAGA products since the early 1990s and "Tamino" has been a SAGA product since the late 1990s.

5. Prior to January 1, 2008, Consist Software Solutions, Inc. was the exclusive distributor of these SAGA software products in Brazil, Argentina, Chile, Uruguay, Paraguay, Bolivia and Peru.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:
February 13, 2008

_____
Linda Kibblewhite