```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOFTWARE AG, INC. and SOFTWARE AG,

                Plaintiffs,

v.

CONSIST SOFTWARE SOLUTIONS, INC, f/k/a CONSIST INTERNATIONAL, INC, and Natalio Fridman,

                Defendants.

**CORRECTED ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

No. 08 CV 00389

---

Upon the motion of James Jacobs, attorney for plaintiffs SOFTWARE AG, INC. and SOFTWARE AG, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    John Basinger
    Baker & McKenzie
    1114 Avenue of the Americas
    New York, N.Y. 10036
    212.626.4100 (phone)
    212.310.1600 (fax)
    john.a.basinger@bakernet.com

is admitted to practice *pro hac vice* as counsel for plaintiffs SOFTWARE AG, INC. and SOFTWARE AG in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: February 14th, 2008
New York, New York:

                                        *[signature]*
                                        United States District/Magistrate Judge

NYCDMS/1074115.1