DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Gregory P. Gulia
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SOFTWARE AG, INC. and SOFTWARE AG,

                Plaintiffs,

   -against-

CONSIST SOFTWARE SOLUTIONS, INC.,
f/k/a CONSIST INTERNATIONAL, INC.
and NATALIO FRIDMAN,
                Defendants.
---------------------------------------------------------------x

08 CV 00389 (CM) (FM)

**DECLARATION OF NATALIO S. FRIDMAN**

NATALIO S. FRIDMAN declares:

1. I am the president of Consist Software Solutions, Inc., ("CSS") a Delaware Corporation that is a defendant in this action.

2. I have received and reviewed a copy of this Court's Order dated February 19, 2007.

3. I have sent a copy of this Order to the relevant CSS affiliates in the Territory in which those affiliates acted as exclusive distributors of the Plaintiff's software products, and to relevant counsel representing those affiliates in the proceedings currently pending in the courts of Brazil.

4. I have requested that the relevant Consist affiliates and counsel review this Court's Order and abide by it.

I declare pursuant to the provisions of 28 U.S.C. § 1746 that the forgoing is true and correct to the best of my knowledge.

Dated: New York, New York
       February 19, 2008

_____
NATALIO S. FRIDMAN