DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Gregory P. Gulia
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SOFTWARE AG, INC. and SOFTWARE AG,  :
                                    :  08 CV 00389 (CM) (FM)
                    Plaintiffs,     :
        -against-                   :
                                    :
CONSIST SOFTWARE SOLUTIONS, INC.,   :  **NOTICE OF**
f/k/a CONSIST INTERNATIONAL, INC.   :  **MOTION TO STRIKE**
and NATALIO FRIDMAN,                :
                                    :
                    Defendants.     :
-----------------------------------------------------------------x

C O U N S E L O R S :

PLEASE TAKE NOTICE that, upon the annexed Declaration of Brian Damiano dated February 19, 2008, the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Defendants' Motion to Strike, and all the pleadings and proceedings heretofore had herein, Defendants Consist Software Solutions, Inc. f/k/a Consist International, Inc. ("Consist") and Natalio Fridman ("Fridman") (collectively, "Defendants"), by their undersigned counsel, Duane Morris LLP, will move this Court, before the Hon. Colleen McMahon, United States District Judge, at Court Room 21B of the United States Courthouse, 500 Pearl Street, New York, New York, for an order granting Defendants' motion to strike pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
February 19, 2008

DUANE MORRIS LLP

By: /s Hyman L. Schaffer
    Hyman L. Schaffer
    Fran M. Jacobs
    Gregory P. Gulia
    Brian Damiano
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
*Attorneys for Defendants*

TO: BAKER & McKENZIE LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 626-4100
Facsimile: (212) 310-1600
*Attorneys for Plaintiffs*