DUANE MORRIS LLP
Hyman L. Schaffer
Fran M. Jacobs
Gregory P. Gulia
Brian Damiano
1540 Broadway
New York, New York 10036
(212) 692-1000
*Attorneys for Defendants*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

SOFTWARE AG, INC. and SOFTWARE AG,

                Plaintiffs,

   -against-

CONSIST SOFTWARE SOLUTIONS, INC.,
f/k/a CONSIST INTERNATIONAL, INC.
and NATALIO FRIDMAN,

                Defendants.
----------------------------------------------------------x

## MEMO ENDORSED

08 CV 00389 (CM) (FM)

**NOTICE OF**
**MOTION TO STRIKE**

COUNSELORS:

    PLEASE TAKE NOTICE that, upon the annexed Declaration of Brian Damiano dated February 19, 2008, the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Defendants' Motion to Strike, and all the pleadings and proceedings heretofore had herein, Defendants Consist Software Solutions, Inc. f/k/a Consist International, Inc. ("Consist") and Natalio Fridman ("Fridman") (collectively, "Defendants"), by their undersigned counsel, Duane Morris LLP, will move this Court, before the Hon. Colleen McMahon, United States District Judge, at Court Room 21B of the United States Courthouse, 500 Pearl Street, New York, New York, for an order granting Defendants' motion to strike pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

2/20/08 No response is necessary. The motion is DENIED. The parties can expect a decision on the motion for a preliminary injunction tomorrow (computer access having been restored).

Colleen McMahon
USDJ

Dated: New York, New York　　　　　　　　DUANE MORRIS LLP
　　　　　February 19, 2008

　　　　　　　　　　　　　　　　　　　　　By:  /s Hyman L. Schaffer
　　　　　　　　　　　　　　　　　　　　　　　Hyman L. Schaffer
　　　　　　　　　　　　　　　　　　　　　　　Fran M. Jacobs
　　　　　　　　　　　　　　　　　　　　　　　Gregory P. Gulia
　　　　　　　　　　　　　　　　　　　　　　　Brian Damiano
　　　　　　　　　　　　　　　　　　　　1540 Broadway
　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 692-1000
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 692-1020
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

TO:　BAKER & McKENZIE LLP
　　　1114 Avenue of the Americas
　　　New York, New York 10036
　　　Telephone: (212) 626-4100
　　　Facsimile: (212) 310-1600
　　　*Attorneys for Plaintiffs*