S.D.N.Y.-N.Y.C.
08-cv-0389
McMahon, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held
at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New
York, on the 5th day of March, two thousand eight,

Present:

Hon. Sonia Sotomayor,
Hon. Debra Ann Livingston,
        *Circuit Judges*,
Hon. Loretta A. Preska,*
        *District Judge*.



---

Software AG, Inc. and Software AG,

        *Plaintiffs-Appellees*,

        v.                                                        08-0879-cv

Consist Software Solutions Inc., formerly known as Consist
International, Inc., and Natalio Fridman,

        *Defendants-Appellants*.

---

The district court's February 21, 2008 order is stayed until 5pm eastern standard time on
Friday March 7, 2008 for the parties to confer about the issues raised at oral argument.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

        By: _____

---

* The Honorable Loretta A. Preska of the United States District Court for the Southern
District of New York, sitting by designation.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____

CERTIFIED:    MAR 0 5 2008