AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 08 CIV 389 (CM)(FM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs Software AG and Software AG, Inc.

I certify that I am admitted to practice in this court *pro hac vice*.

3/12/08
Date

Signature

John A. Basinger
Print Name                                      Bar Number

1114 Avenue of the Americas
Address

New York            NY            10036
City                State         Zip Code

(212) 626-4463      (212) 310-1624
Phone Number        Fax Number