BAKER & McKENZIE

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

# MEMO ENDORSED

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

March 21, 2008

James David Jacobs
Tel: +1 212 891 3951
James.D.Jacobs@bakernet.com

The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

Via Facsimile

RE:    *Software AG, Inc. v. Consist Software Solutions, Inc.*
       Case No. 08 CV 00389

Dear Judge McMahon:

We represent plaintiffs Software AG, Inc. and Software AG in the above referenced case. For the reasons stated below we withdraw plaintiffs' pending Motion for Contempt filed March 12, 2008.

After the close of business on the day after we filed our Motion for Contempt, defendants Consist Software Solutions, Inc. and Natalio Fridman submitted a Fridman Declaration containing a Certificate of Compliance with Your Honor's February 21, 2008 Decision and Order ("Order"). Based upon that declaration and our limited independent investigation defendants appear to be now in substantial compliance with the Order. Defendants' belated compliance does not cure their failure to timely comply with the Order. Nevertheless, because we do not wish to burden the court with an unnecessary multiplicity of motions, we withdraw our motion without prejudice to our seeking attorneys fees and other appropriate relief at the conclusion of this case in an omnibus fee motion.

Respectfully submitted,

James David Jacobs

cc: Hyman Schaffer (By e-mail)

*[Handwritten endorsement:* magenta / Colleen McMahon 3/24/08*]*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.