**BAKER & McKENZIE**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

March 25, 2008

The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

James David Jacobs
Tel: +1 212 891 3951
James.D.Jacobs@bakernet.com

Via Facsimile

**MEMO ENDORSED**

RE:   *Software AG, Inc. v. Consist Software Solutions, Inc.*
      Case No. 08 CV 00389

Dear Judge McMahon:

We represent plaintiffs Software AG, Inc. and Software AG in the above referenced case. For the reasons stated below judicial efficiency would be served if the Court lifted the stay that it issued in an order filed February 29, 2008 in order to permit plaintiffs to file a summary judgment motion that would finally dispose of this case.

The February 29 order states that "further proceedings before this Court in this matter are stayed pending a determination of the pending appeal [of the Order] by the Second Circuit." However, since defendants have not moved to expedite that appeal, it is likely to be 7 months or more before the Second Circuit decides it. If the Court lifts the stay and grants summary judgment against defendants determining all issues on the merits, then the appeal of that final judgment could be consolidated with the already two pending appeals--the appeal from the December 24, 2007 final judgment in the First Litigation and the appeal of the February 21, 2008 Decision and Order in the instant case. The Second Circuit could then hear all 3 appeals together and finally dispose of both actions on their merits.

Another reason dictates that the Court lift the stay. Defendants' principal argument in their appeal from the February 21, 2008 Decision and Order is that they were denied due process when this Court granted the anti-suit injunction without allegedly affording defendants a hearing. (See attached briefs.) Permitting plaintiffs to move for summary judgment would render that contention moot.

Respectfully submitted,

*James David Jacobs*
James David Jacobs

cc: Hyman Schaffer (By e-mail)

*[Handwritten endorsement by Judge McMahon, dated 3/25/08:]*
You move to expedite
No — No — or dismiss
        appeal
No

I have spent too much time on this matter and have other work that takes precedence. Let the Circuit decide.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.