

**ORIGINAL**

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

DOCUMENT # 70

SOFTWARE AG, INC., ET AL.

Date: May 7, 2008

v.

U.S.C.A.# 08-0879-cv (L)
& 08-0905-cv (con)

CONSIST SOFTWARE SOLUTIONS, INC., ET AL.

U.S.D.C.# 08-CV-0389

D.C. JUDGE: COLLEEN MCMAHON

### Notice To The Docket Clerk



( ) Original Record          (xxx) 1st Supplemental Record

The record in the above-entitled case was indexed to the U.S.C.A. for the Second Circuit on the 7th day of May, 2008.



UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Date: May 7, 2008

SOFTWARE AG, INC., ET AL.

v.

CONSIST SOFTWARE SOLUTIONS, INC., ET AL.

U.S.C.A.# 08-0879-cv (L)
& 08-0905-cv (con)

U.S.D.C.# 08-CV-0389

D.C. JUDGE: COLLEEN MCMAHON

# 1ST SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL

| Prepared by (Name) | Pablo Rolon |
|---|---|
| Firms name: | Counsel Press LLC |
| Firms address: | c/o Duane Morris, LLP |
| | 520 Eighth Avenue, 8th Floor |
| | New York, New York 10018 |
| Firms Phone Number: | 212-685-9800 |

DISTRICT COURT DOCKET ENTRIES
DOCUMENT DESCRIPTION

DOC.#

1) Transcript
2) Transcript

49
63

COPY

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Date: May 7, 2008

SOFTWARE AG, INC., ET AL.

v.

CONSIST SOFTWARE SOLUTIONS, INC., ET AL.

U.S.C.A.# 08-0879-cv (L)
& 08-0905-cv (con)

U.S.D.C.# 08-CV-0389

D.C. JUDGE: COLLEEN MCMAHON

## Extract Of Docket Entries

| Date | Document Description |
|---|---|
| 02/21/2008 | Transcript |
| 03/12/2008 | Transcript |

J. Michael McMahon, Clerk

By:_____
Deputy Clerk

COPY

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Date: **May 7, 2008** |
| SOFTWARE AG, INC., ET AL. | U.S.C.A.# **08-0879-cv (L) & 08-0905-cv (con)** |
| v. | |
| CONSIST SOFTWARE SOLUTIONS, INC., ET AL. | U.S.D.C.# **08-CV-0389** |
| | D.C. JUDGE: COLLEEN MCMAHON |

## 1ˢᵗ Supplemental Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered <u>1</u> through <u>69</u>, inclusive, constitutes the 1ˢᵗ supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 7ᵗʰ Day of May In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ⁿᵈ year.

J. Michael McMahon

By _____
  Deputy Clerk